**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 10-cv-532 PAM/JJK**

| | |
|---|---|
| Ryan Funk,<br><br>　　　　Plaintiff,<br>v.<br><br>National Account Services, Inc.,<br><br>　　　　Defendant. | **ORDER FOR DISMISSAL WITH PREJUDICE** |

Based on the Stipulation of the Parties, filed via ECF as Document No. 15, this matter is hereby dismissed on the merits and with prejudice and without costs to any party.

Dated: September 27, 2010　　　　s/Paul A. Magnuson
　　　　　　　　　　　　　　　　Paul A. Magnuson
　　　　　　　　　　　　　　　　Judge of United States District Court